JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ZAKLIT AND JESSY ZAKLIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No. 5:15-cv-02190-CAS-KKx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO FURTHER CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Action Filed:   October 23, 2015 |

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered that the deadline for plaintiffs Alfred and Jessy Zaklit to file their motion for preliminary approval is continued to January 11, 2019.

IT IS SO ORDERED.

DATED: December 28, 2018

*Christina A. Snyder*

Hon. Christina A. Snyder